United States District Court
Northern District of California

1

2

3

4            UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7    JDS UNIPHASE CORPORATION,              Case No.  14-cv-01091-JST

           Plaintiff,

8
           v.                              **ORDER ADVISING PARTIES OF
9                                          COURT'S TENTATIVE ORDER**

10   COADNA PHOTONICS, INC.,               Re: ECF No. 9

           Defendant.
11

12          The Court has prepared a tentative order in response to Defendant's motion to dismiss,

13   noticed for hearing on June 26, 2014.  The tentative order is attached at Exhibit A.  The tentative

14   order has been issued solely to prepare counsel for oral argument.  ***The tentative order does not***

15   ***constitute an opinion of the Court and should not be published or cited for any purpose.***

16   Dated: June 24, 2014

17

18   _____
                    JON S. TIGAR
19            United States District Judge

20

21

22

23

24

25

26

27

28