United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JDS UNIPHASE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>COADNA PHOTONICS, INC.,<br><br>    Defendant. | Case No.  14-cv-01091-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 48 |

The parties have filed a stipulation dated October 27, 2014, stating that they have agreed to dismiss this action.  ECF No. 48.  Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 27, 2014

_____
JON S. TIGAR
United States District Judge